SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| THOMAS ANGELO GARRIDO,<br><br>   Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security,<br><br>   Defendant | Case No.: 2:17-cv-01720-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment/Remand in the above-referenced case is hereby extended by 30 days to the new due date of February 5, 2018, and all other deadlines to be extended accordingly.

///

///

///

This extension is requested because the brief writer has had to deal with some recent medical issues, as well as the shorter work weeks for the holidays.

DATED: January 4, 2018

>PHILLIP A. TALBERT
>United States Attorney
>DEBORAH LEE STACHEL
>Regional Chief Counsel, Region IX
>
>*/ s/ Ben A. Porter*
>BEN A. PORTER,
>(As authorized via E-mail on 1/4/18)
>Special Assistant U S Attorney
>Attorneys for Defendant

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before February 5, 2018.

SO ORDERED.

DATED: January 9, 2018.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE