1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8                        SACRAMENTO BRANCH

9

10 THOMAS ANGELO GARRIDO,                 Case No.: 2:17-cv-1720-EFB

11         Plaintiff,

12 vs.                                    **STIPULATION AND ~~PROPOSED~~ ORDER
                                          FOR THE AWARD OF ATTORNEY FEES
13                                        PURSUANT TO THE EQUAL ACCESS
14 NANCY A BERRYHILL,                     TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
   Acting Commissioner of Social Security,
15

16         Defendant

17

18        IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 EAJA in the amount of TWO-THOUSAND FOUR-HUNDRED FIFTY-SEVEN DOLLARS

21
   AND SIXTY-TWO CENTS ($2,457.62).  This amount represents compensation for all legal
22
23 services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in

24 accordance with 28 U.S.C. § 2412.

25        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

26
   will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
27
28 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees

and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the

assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

attorney fees and expenses, and does not constitute an admission of liability on the part of

Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Respectfully submitted,

Dated:  December 4, 2018

/s/ Shellie Lott
SHELLIE LOTT
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX

/////

/////

/////

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

2:17-cv-1720-EFB                                                                                              Page 2

Date: December 4, 2018                    */s/Ben A. Porter*
                                          (As authorized via email on 12/3/18)
                                          BEN A. PORTER
                                          Special Assistant United States Attorney

## ORDER

Pursuant to the stipulation, it is so ordered.

Dated:  December 4, 2018.

                                          _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

2:17-cv-1720-EFB                                                    Page 3